1   STEPHANIE FORMAN, ESQ.; STATE BAR NO.: 195757
2   DIANA M. RIVERA, ESQ.; STATE BAR NO.: 222025

3   **THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
4   **(818) 205-9955; (818) 205-9944 fax**
**E-Mail: sforman@tharpe-howell.com**
5   **E-Mail: drivera@tharpe-howell.com**

6   Attorneys for Defendant,
LOWE'S HOME CENTERS, LLC
7

8             UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

10

11   PAMELA LORD,           CASE NO.: 8:21-cv-01780 DOC (KESx)
                             *[Orange County Superior Court Case No.*
12          Plaintiff,      *30-2021-01216572-CU-PO-NJC]*

13   v.                   **JOINT NOTICE OF SETTLEMENT**

14   LOWE'S COMPANIES, INC.,
LOWE'S HOME CENTERS, LLC,    *[Assigned to Hon. David O. Carter, District*
15   and DOES 1 through 100, Inclusive,   *Judge; Hon. Karen E. Scott, Magistrate*
                             *Judge]*
16          Defendants.     Complaint Filed:  August 19, 2021

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

- 1 -
**JOINT NOTICE OF SETTLEMENT**

**TO THE COURT:**

As required by Local Rule 16-15.7(a), counsel jointly submit this Notice of Settlement to notify the Court that the parties have reached a settlement in this litigation.

Dated: January 5, 2022                                    EASTON & EASTON, LLP

                                                          */s/ Gabriel M. Mendoza*
                                          By: _____
                                                          GABRIEL M. MENDOZA
                                                          BRIAN W. EASTON
                                                          Attorneys for Plaintiff,
                                                          PAMELA LORD

Dated: January 5, 2022                                    THARPE & HOWELL, LLP

                                                          */s/ Diana M. Rivera*
                                          By: _____
                                                          STEPHANIE FORMAN
                                                          DIANA M. RIVERA
                                                          Attorneys for Defendant,
                                                          LOWE'S HOME CENTERS, LLC

***Diana M. Rivera, the filer of this document, attests that all other signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing, pursuant to L.R. 5-4.3.4(a)(2)(i).***

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

**JOINT NOTICE OF SETTLEMENT**
Lord v. Lowe's Home Centers, LLC
CASE NO.: 8:21-cv-01780 DOC (KESx)

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

1.   At the time of service, I was at least 18 years of age and **not a party to this**
4   **legal action.**

5

2.   My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks,
CA 91403.

6

3.   I served copies of the following documents (specify the exact title of each
7   document served):

8

**JOINT NOTICE OF SETTLEMENT**

9

4.   I served the documents listed above in item 3 on the following persons at the
addresses listed:

10

| Brian W. Easton, Esq. | *Attorneys for Plaintiff,* |
|---|---|
| Gabriel M. Mendoza, Esq.<br>EASTON & EASTON, LLP<br>650 Town Center Drive, Suite 1850<br>Costa Mesa, CA  92626<br>Tel: 714.850.4590<br>Fax: 714.850.1978<br>Email: info@eastonlawfirm.com<br>Email: gmendoza@eastonlawfirm.com<br><br>cc:<br>Amera Hajali<br>ahajali@eastonlawfirm.com<br>Rofiah Rossett<br>rrossett@eastonlawfirm.com | *PAMELA LORD* |

11

12

13

14

15

16

17

18

5.   a.   **X**      **ONLY BY ELECTRONIC TRANSMISSION.** Only by e-
19          mailing the document(s) to the persons at the e-mail address(es)
           listed during the Coronavirus (Covid-19) pandemic and pursuant
20          to Fed.R.Civ.P.Rule 5., this office will be working remotely, not
           able to send physical mail as usual, and is therefore using only
21          electronic mails. No electronic message or other indication that the
           transmission was unsuccessful was received within a reasonable
22          time after the transmission.

23

24

6.   I served the documents by the means described in item 5 on *(date): See below*

25

I declare under penalty of perjury under the laws of the State of California that the
foregoing is true and correct.

26

27

| 1/5/2022 | Belinda A. Porras | *Belinda A. Porras* |
|---|---|---|
| D<small>ATE</small> | (T<small>YPE OR</small> P<small>RINT</small> N<small>AME</small>) | (S<small>IGNATURE OF</small> D<small>ECLARANT</small>) |

28

I:\32000-000\32358\Pleadings\FEDERAL\Jt. Notice of Settlement.docx

**JOINT NOTICE OF SETTLEMENT**

Lord v. Lowe's Home Centers, LLC
CASE NO.: 8:21-cv-01780 DOC (KESx)

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221